1  ROBERT M. DRASKOVICH, ESQ.
   Nevada Bar No. 6275
2  TURCO & DRASKOVICH, LLP
3  815 South Casino Center Blvd.
   Las Vegas, Nevada 89101-6718
4  702.474.4222
   Attorney for Defendant
5

6                        UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8

9  UNITED STATES OF AMERICA,          )  CASE NO: 2:16-mj-00328-NJK
                                      )
10           Plaintiff,                )
                                      )
11 vs.                                 )
                                      )  **STIPULATION TO CONTINUE**
12                                     )  **TRIAL DATE**
                                      )       (First Request)
13                                     )
   CARMELO ENINOSA-ROJAS,             )
14                                     )
           Defendant.                  )
15                                     )
   _____)
16

17       IT IS HEREBY STIPULATED AND AGREED by and between DANIEL G. BOGDEN,

18 United States Attorney, and NADIA AHMED, counsel for the United States of America;

19 ROBERT M. DRASKOVICH, counsel for Defendant, CARMELO ENSINOSA-ROJAS, that the

20 trial currently scheduled for October 26, 2016 at the hour of 9:00 a.m. be vacated for at least two

21 (2) weeks or to a date and time convenient to the Court.

22

23       This Stipulation is entered into for the following reasons:

24       1.  Counsel for Defendant will be in a sentencing hearing on <u>U.S. v. Prakash Kumar</u>,

25           Case No. 2:15-cr-00185-KJD-CWH.

26
         2.  Defendant is out of custody and does not object to the request for continuance.
27
         3.  The government does not oppose the request for continuance.
28

4. Denial of this request for continuance would deny counsel for the defendant sufficient time within which to be able to effectively and thoroughly research this case, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code §§ 3161(h)(7)(A), Title 18, United States Code § 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

This is the first request to continue trial date filed herein.

DATED this 24th day of October, 2016.

|  |  |
|---|---|
|  | DANIEL G. BOGDEN |
|  | UNITED STATES ATTORNEY |
| Robert M. Draskovich | Nadia Ahmed |
| /s/ | /s/ |
| ROBERT M. DRASKOVICH, ESQ. | NADIA AHMED |
| Nevada Bar No. 6275 | Assistant United States Attorney |
| Attorney for Defendant | Attorney for Plaintiff |

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
TURCO & DRASKOVICH, LLP.
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:15-CR-00185-KJD-CWH |
| Plaintiff, | |
| vs. | |
| | **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |
| CARMELO ENSINOSA-ROJAS, | |
| Defendant. | |

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court finds:

1. Counsel for Defendant will be in a sentencing hearing on <u>U.S. v. Prakash Kumar</u>, Case No. 2:15-cr-00185-KJD-CWH.

2. Defendant is out of custody and do not object to the request for continuance.

3. The government does not oppose the request for continuance.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time within which to be able to effectively and thoroughly research this case, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code §§ 3161(h)(7)(A), Title 18, United States Code § 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein excludable under the Speedy Trial Act, Title 18, United States Code §§ 3161(h)(7)(A), Title 18, United States Code § 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

/ / /

/ / /

/ / /

/ / /

/ / /

Case 2:16-mj-00328-NJK   Document 10   Filed 10/25/16   Page 5 of 5

**ORDER**

IT IS HEREBY ORDERED that the trial currently scheduled for October 26, 2016 at the hour of 9:00 a.m. be vacated and continued to December 14, 2016 at the hour of 9:00 a.m., in courtroom 3B.

DATED AND DONE this 24th day of October, 2016.

_____
NANCY J. KOPPE,
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq.
Nevada Bar No. 6275
Attorney for Defendant